FILED

04/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0545

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0545

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ANTHONY EUGENE PETTY,

Defendant and Appellant.

ORDER

Upon consideration of the motion for extension of time to submit a response to Anders brief, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant/Appellant in this matter shall file a response to counsel's Anders brief by June 26, 2020. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender Division.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record and to the Defendant and Appellant at his last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 17 2020